| | |
|---|---|
| 1 | ARTURO M. CISNEROS, #120494<br>KEVIN HAHN, #231579 |
| 2 | MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive, Second Floor |
| 3 | Irvine, California 92612<br>(949) 252-9400 (TELEPHONE) |
| 4 | (949) 252-1032 (FACSIMILE) |
| 5 | Attorneys for Movant |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br><br>FOREST JOSEPH TARDIBUONO AND LYNN FRANCES TARDIBUONO,<br><br>        Debtors.<br>_____<br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and its successors and/or assignees,<br><br>        Movant,<br><br>vs.<br><br>FOREST JOSEPH TARDIBUONO AND LYNN FRANCES TARDIBUONO, Debtors, and Timothy W. Hoffman, Trustee,<br><br>        Respondents. | Bankruptcy Case No. 09-13369<br><br>RS No. KH-474<br><br>Chapter 7<br><br>**JPMORGAN'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>HEARING DATE:<br>DATE: December 10, 2009<br>TIME: 9:00 A.M. |

**TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, THE DEBTORS' COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

      **PLEASE TAKE NOTICE** that JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and its successors and/or assignees ("JPMORGAN"), has filed the attached Motion For Relief From The Automatic Stay (the "Motion") in the above-entitled and numbered Chapter 7 case.

| | |
|---|---|
| 1 | This Motion is based upon the attached Declaration and the Memorandum of Points and |
| 2 | Authorities attached hereto, as well as upon the documents filed in support of the Motion. |
| 3 | DATED: November 20, 2009         Respectfully Submitted, |
| 4 |                                                     MALCOLM ♦ CISNEROS, A Law Corporation |
| 5 | |
| 6 |                                                     By:  /s/ *Kevin Hahn* |
|   |                                                            KEVIN HAHN |
| 7 |                                                            Attorneys for Movant |