UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  )  Bankruptcy No.: 09-13369
FOREST JOSEPH TARDIBUONO AND  )  Hearing Date: December 10, 2009
LYNN FRANCES TARDIBUONO  )  Time: 9:00 A.M.
 )  RS No. KH-474
Debtors.  )

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 10/13/2009  Chapter: 7
    Prior hearings on this obligation:  Last Day to File §523/§727 Complaints:

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):
    Secured Creditor [ ] or lessor [ ]
    Fair Market Value: $ _____   Source of Value: _____
    Current Balance: $ _____    Pre-Petition Default: $ _____
    Monthly Payment: $ _____    No. of Months: _____
    Insurance Advance: $ _____  Post-Petition Default: $ _____
                                 No. of Months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):
    4744 Carrisa Avenue, Santa Rosa, CA 95405

    Fair Market Value: $ 525,000.00   Source of Value: Debtors' Schedules
                                      If appraisal, date:
    Moving Party's position (first trust deed, second, abstract, etc.):  Second Trust Deed

    Approx. Bal: $ 81,726.65        Pre-Petition Default $ 7,033.26
    As of (date): 10/16/2009        No. of Months: 10
    Mo. Payment $667.29             Post-Petition Default: $ 0.00
    Notice of Default (date): N/A   No. of Months: 0
    Notice of Trustee's Sale: N/A   Advances Senior Liens:

    Specify name and status of other liens and encumberances, if known (e.g., trust deeds, tax liens, etc.):
    Bank of America (first trust deed)

| Position | Amount | No. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: | $ 666,347.52 | N/A | $ N/A |
| 2nd Trust Deed: | $ 81,726.65 | 10 | $ 7,033.26 |
|  | $ |  | $ |
|  | $ |  | $ |
| (Total) | $ 748,074.17 | 0 | $ 0.00 |

(D) Other Pertinent Information: There is no equity in the property and it is not necessary for reorganization- 362(d)(2). Movant lacks adequate equity cushion-362(d)(1)..

Dated: November 20, 2009      /S/ Kevin Hahn
                              Signature
                              KEVIN HAHN
                              Print or Type Name
                              Attorney for: JPMORGAN