| | |
|---|---|
| 1 | ARTURO M. CISNEROS, #120494 |
| | KEVIN HAHN, #231579 |
| 2 | MALCOLM ♦ CISNEROS, A Law Corporation |
| | 2112 Business Center Drive, Second Floor |
| 3 | Irvine, California 92612 |
| | (949) 252-9400 (TELEPHONE) |
| 4 | (949) 252-1032 (FACSIMILE) |
| 5 | Attorneys for Movant |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 09-13369 |
| FOREST JOSEPH TARDIBUONO AND LYNN FRANCES TARDIBUONO, | RS No. KH-474 |
| Debtors. | Chapter 7 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and its successors and/or assignees, | **NOTICE OF HEARING ON JPMORGAN'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Movant, | HEARING DATE: |
| vs. | DATE: December 10, 2009 |
| FOREST JOSEPH TARDIBUONO AND LYNN FRANCES TARDIBUONO, Debtors, and Timothy W. Hoffman, Trustee, | TIME: 9:00 A.M. |
| Respondents. | |

**TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, THE DEBTORS' COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and its successors and/or assignees ("JPMORGAN"), has filed the attached Motion For Relief From The Automatic Stay (the "Motion") in the above-entitled and numbered Chapter 7 case. The Motion will be heard before the Honorable Alan Jaroslovsky on December 10, 2009

///

NOTICE OF MOTION FOR RELIEF
1
Case: 09-13369   Doc# 15   Filed: 11/23/09   Entered: 11/23/09 10:20:50   Page 1 of 2

1 at 9:00 A.M., at the United States Bankruptcy Court located at 99 South E Street, Santa Rosa, California.

Pursuant to Local Bankruptcy Rule 4001-1(a) respondents opposing the Motion shall appear personally or by counsel at the hearing. Respondents will not be required to, but may, file responsive pleadings, points and authorities, and declaration for any preliminary hearing.

DATED: November 20, 2009        Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

By: /s/ *Kevin Hahn*
    KEVIN HAHN
    Attorneys for Movant